1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE BAYANA,

                    Petitioner,

     v.

MATTHEW G WHITAKER, et al.,

                 Respondents.

CASE NO. C19-83-RSM-BAT

**REPORT AND RECOMMENDATION**

      This is a 28 U.S.C. § 2241 immigration habeas action.  On February 21, 2019, the Government moved to dismiss.  Dkt. 5.  On March 11, 2019, petitioner filed a motion to voluntarily dismiss this action with prejudice and without an award of fees or costs to either party, pursuant to Federal Rule of Civil Procedure 41.  Dkt. 7.  The same day, the Government filed a motion to supplement the record.  Dkt. 8.  On March 13, 2019, the Government responded to petitioner's motion to voluntarily dismiss, stating that it supports dismissal with prejudice and without an award of fees or costs to either party.  Dkt. 10.

      Given the parties' agreement that this action should be dismissed, the Court recommends that petitioner's motion to voluntarily dismiss this action, Dkt. 7, be **GRANTED**, the remaining motions, Dkts. 5 & 8, be **DENIED** as moot, and this action be **DISMISSED** with prejudice and without an award of costs or fees to either party.  A proposed Order accompanies this Report and

Recommendation.  The Clerk shall note this matter as immediately ready for the District Judge's consideration.

DATED this 10th day of April, 2019.

_____

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2