UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE BAYANA, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW G WHITAKER, *et al.*, <br><br> Respondents. | Case No. C19-83RSM <br><br> ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and ORDERS:

1. The Report and Recommendation is ADOPTED.

2. Petitioner's motion to voluntarily dismiss this action, Dkt. 7, is GRANTED.

3. The remaining motions, Dkts. 5 & 8, are DENIED as moot.

4. This action is DISMISSED with prejudice and without an award of fees or costs to either party.

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 15 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1